UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
09 JUN 18 PM 4: 17

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09CR2334-JM |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| MORNING RAIN RITTWAGER (C) ) | KRISTIN JOSEPH-KRAUS, FD. |
| ) | Defendant's Attorney |

REGISTRATION NO. 15537298

VIOLATION: Title 21, U.S.C., Sec. 844(a) - Possession of Marijuana (Class A Misdemeanor)

_x_ Defendant pleaded guilty to count 1 of the Information
___ Count(s) _____ dismissed on the government's oral motion.
___ Underlying _____ dismissed on the government's oral motion.

## JUDGMENT

_x_ Defendant is adjudged guilty on count 1 of the Information

_x_ UNSUPERVISED Probation for a term of 1 YEAR.
on the following conditions:
_x_ obey all laws, Federal, State and Municipal
_x_ comply with all lawful rules and regulations of the probation department
_x_ not possess any narcotic drug or controlled substance without a lawful medical prescription
_x_ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
_x_ not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
_x_ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
_x_ Penalty assessment of $ 25.00 (Waived)
_x_ Fine waived     ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JUNE 18, 2009
Date of Imposition of Sentence

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE
Entered on: